O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY TOMMIE JONES, | CASE NO. CV 12-11054 DDP (RZ) |
| Petitioner, | |
| vs. | JUDGMENT |
| MARTIN BITER, WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of GREGORY TOMMIE JONES, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: September 4, 2015

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE